# Supreme Court of Louisiana

FOR IMMEDIATE NEWS RELEASE                                    NEWS RELEASE #004

FROM: CLERK OF SUPREME COURT OF LOUISIANA

The Opinions handed down on the **28th day of January, 2015**, are as follows:

**PER CURIAM**:

2014-C -1063        MELODY ANN RUSHING OLSON v. KIMMY LEE OLSON (Parish of Ouachita)

Judge Scott J. Crichton, assigned as Justice ad hoc, sitting for Victory, J. for oral argument. He now sits as an elected Justice at the time this opinion is rendered. Retired Judge Patrick M. Schott, assigned as Justice ad hoc, sitting for Clark, J., recused.

After considering the record, the applicable law, and the oral argument before the court, we have determined that the writ application was improvidently granted. Therefore, we recall the order dated October 3, 2014, granting the writ application. The writ application is hereby denied

CLARK, J., recused.
WEIMER, J., dissents and would resolve this matter on the merits.
HUGHES, J., dissents and would consider the merits.

SUPREME COURT OF LOUISIANA

NO. 14-C-1063

MELODY ANN RUSHING OLSON

V.

KIMMY LEE OLSON

PER CURIAM[*]

After considering the record, the applicable law, and the oral argument before the court, we have determined that the writ application was improvidently granted. Therefore, we recall the order dated October 3, 2014, granting the writ application. The writ application is hereby denied.

---

[*] Judge Scott J. Crichton, assigned as Justice ad hoc, sitting for Victory, J. for oral argument. He now sits as an elected Justice at the time this opinion is rendered. Retired Judge Patrick M. Schott, assigned as Justice ad hoc, sitting for Clark, J., recused.

# SUPREME COURT OF LOUISIANA

## NO. 2014-C-1063

## MELODY ANN RUSHING OLSON

## VERSUS

## KIMMY LEE OLSON

*ON WRIT OF CERTIORARI TO THE COURT OF APPEAL,
SECOND CIRCUIT, PARISH OF OUACHITA*

**Weimer, J.**, dissenting.

I dissent. After granting the writ, inviting briefing, and hearing oral argument,

I would resolve this matter on the merits.

**01/28/15**

SUPREME COURT OF LOUISIANA

2014-C-1063

MELODY ANN RUSHING OLSON

VS.

KIMMY LEE OLSON

Hughes, J., dissents and would consider the merits.